**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
                                                           :
SHOP VAC CORPORATION and FELCHAR
MANUFACTURING CORPORATION,                                 :

                   Plaintiffs,                  :      Civil Action No. 3:-4-CV-0262 (TJM/DEP)

                -against-               :      **ORDER**

BCL MAGNETICS, LTD.,                                       :

                   Defendant.               :
-----------------------------------------------------------X

       WHEREAS Plaintiffs Shop Vac Corporation ("Shop Vac") and Felchar Manufacturing Corporation ("Felchar") (together, "Plaintiffs") and Defendant BCL Magnetics, Ltd. ("BCL") (Plaintiffs and BCL, collectively, the "Parties") settled this litigation on November 3, 2005 pursuant to the terms of a binding settlement agreement read into the record of this case ("Settlement Agreement"), and

       WHEREAS on November 3, 2005, the Parties requested and the Court ordered that the terms of the Parties' Settlement Agreement be sealed in order to ensure confidentiality, and

       WHEREAS Plaintiffs have now indicated the need to correspond with the Court regarding the Settlement Agreement, and have indicated that such correspondence will, of necessity, contain references to certain terms thereof,

       It is hereby ORDERED that the Parties may henceforth submit any correspondence concerning the Settlement Agreement to the Court by emailing such correspondence in PDF format to the Court Clerk, with copies also emailed to oposing counsel and proof of service filed on the Court's ECF system. The Clerk will deliver any such correspondence to the Court, and such

correspondence shall be sealed in accordance with the Parties' expressed desire to maintain the confidentiality of Settlement Agreement and this Court's previous order sealing the terms thereof.

It is further ORDERED that the letter submitted by Plaintiffs dated December 6, 2005 regarding the Settlemet Agreement and submitted to the Court Clerk in accordance with the above-stated procedures is hereby sealed.

It is further ORDERED that docket entries 100, 101 and 102 be sealed.

It is further ORDERED the failure of the parties to comply with the terms of the settlement agreement entered upon the record within twenty days of today's date shall result in this matter being re-instated upon the Court's calendar.

Dated: December 9, 2005

Hon. Thomas J. McAvoy
Senior United States District Judge